

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00265-CV

| | | |
|---|---|---|
| In the Interest of D.A., A Child | § | From the 323rd District Court |
| | § | of Tarrant County (323-100117-14) |
| | § | February 5, 2015 |
| | § | Opinion by Chief Justice Livingston |
| | § | Dissent by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order of dismissal. It is ordered that the order of the trial court is reversed and the case is remanded to the trial court.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston